FORM VAN−AD010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:10−bk−08518−GBN |
| PATRICK LEONARD SHUDAK | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| B JOAN SCHULTZ<br>et al. | Adversary No.: 2:10−ap−01720−GBN |
| *Plaintiff(s)* | |
| v. | |
| PATRICK LEONARD SHUDAK | |
| *Defendant(s)* | |

**ORDER DISMISSING OR REMANDING ADVERSARY**

☐ The plaintiff filing the complaint, or party filing a Notice of Removal, having failed to pay the filing fee as required by order of the court.

☐ The parties having failed to timely file a motion to retain jurisdiction or a request for status hearing as required by order of the court.

☑ The plaintiff having failed to show good cause why service was not timely perfected as required by order of the court.

☐ After notice and hearing, the court finds that this adversary proceeding should be dismissed for failure to prosecute.

☐ The plaintiff having failed to timely file a motion to reopen the closed case or a motion to reinstate the dismissed case.

☐ The court having dismissed this matter at a hearing and there being no formal written order.

☐ The plaintiff having filed a motion to dismiss the adversary case.

IT IS ORDERED that the above−captioned adversary proceeding is dismissed. If this adversary proceeding was commenced by the filing of a Notice of Removal, the proceeding is remanded.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** August 2, 2011                                    BY THE COURT

**Address of the Bankruptcy Clerk's Office:**              HONORABLE George B. Nielsen Jr.
U.S. Bankruptcy Court, Arizona                              United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov